AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-cv-00621 |
| R. Alexander Acosta, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois                                                                                                                              .

Date:   03/07/2019                                                        /s/ Aaron P. Wenzloff
                                                                                   *Attorney's signature*

                                                                                   Aaron P. Wenzloff
                                                                                   *Printed name and bar number*

                                                                   Office of the Illinois Attorney General
                                                                   100 W. Randolph St., 11th floor
                                                                   Chicago, IL 60601
                                                                                   *Address*

                                                                                   awenzloff@atg.state.il.us
                                                                                   *E-mail address*

                                                                                   (312) 814-8326
                                                                                   *Telephone number*

                                                                                   (312) 814-4452
                                                                                   *FAX number*