**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF NEW JERSEY; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; and STATE OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> R. ALEXANDER ACOSTA; LOREN SWEATT; UNITED STATES DEPARTMENT OF LABOR; and OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, <br><br> Defendants. | **Civil Action No. 19-621-TJK** |

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE**</u>

To the Clerk:

Please withdraw the appearance of Aaron P. Wenzloff of the Illinois Office of the Attorney General on behalf of the Plaintiff, the State of Illinois in the above-captioned matter, pursuant to Local Civil Rule 83.6(b). Attorney Elizabeth Roberson-Young of the Illinois Attorney General's Office will continue to represent the State of Illinois in this matter.

Dated: February 15, 2023

Respectfully Submitted,
KWAME RAOUL
Attorney General
State of Illinois

/s/ Elizabeth Roberson-Young
Public Interest Counsel
Office of the Illinois Attorney General
State of Illinois
100 W. Randolph St., 11th Floor
Chicago. IL 60601